**FILED**
MAY - 4 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| OTIS LEE RODGERS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JOHN MARSHALL, Warden<br><br>　　　　Respondent. | Case No.　EDCV 08-1003-VAP (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: _May 4, 2010

_____
Virginia A. Phillips
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY - 5 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY