UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| OTIS LEE RODGERS,<br><br>    Petitioner,<br><br>    v.<br><br>JOHN MARSHALL, Warden,<br><br>    Respondent. | Case No. EDCV 08-1003-VAP (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that a conditional writ of habeas corpus be GRANTED. It is further Ordered and Adjudged that Petitioner be brought before the Riverside County Superior Court within sixty (60) days of the date of this judgment for the purpose of being appointed counsel for consideration of filing a new trial motion, or alternatively be discharged from the adverse consequences of the conviction and judgment in this case.

Dated: July 18 2012

Virginia A. Phillips
United States District Judge