UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS LEE RODGERS,<br>Petitioner,<br>v.<br>JOHN MARSHALL, Warden,<br>Respondent. | NO. EDCV 08-1003-VAP (AGR)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE.

DATED: July 19, 2013

_____
VIRGINIA A. PHILLIPS
United States District Judge